THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK HEATHER and DAWN
WASELL-HEATHER,

                    Plaintiffs,

        v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                    Defendant.

CASE NO. C18-1179-JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

        This matter comes before the Court on the parties' stipulated motion to stay litigation

(Dkt. No. 9). Finding good cause, the Court GRANTS the motion (Dkt. No. 9). The Court

FINDS and ORDERS as follows:

        1.      This case is stayed for ninety (90) days;

        2.      During this period, neither party will conduct any discovery or file any motions,

or otherwise submit pleadings to the Court regarding this matter;

        3.      Any legal claims or defenses which may be asserted, and responses thereto, are

also stayed for ninety (90) days;

        4.      After the appraisal is completed, the parties will make a joint request for a new

1   court schedule with new court appointed deadlines.

2           5.      The Clerk is DIRECTED to terminate the status conference scheduled for October

3   2, 2018.

4           DATED this 6th day of September 2018.

5                                                   William M. McCool
                                                    Clerk of Court
6
7                                                   s/Tomas Hernandez
                                                    Deputy Clerk