THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HEATHER and DAWN WASELL-HEATHER,<br><br>                Plaintiffs,<br>    v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C18-1179-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay litigation (Dkt. No. 11). Finding good cause, the Court GRANTS the motion (Dkt. No. 11). Pursuant to the parties' stipulation, the Court STAYS this litigation until January 16, 2019.

DATED this 30th day of November 2018.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk