THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HEATHER and DAWN WASELL-HEATHER, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C18-1179-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to the parties' stipulation, the Court stayed this action until January 16, 2019. (Dkt. No. 12.) The Court hereby LIFTS the stay in this action. The parties shall appear for a status conference on April 9, 2019 at 9:00 a.m. in Courtroom 16206. (*See* Dkt. No. 14.)

DATED this 14th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1179-JCC
PAGE - 1