THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HEATHER and DAWN WASELL-HEATHER, | CASE NO. C18-1179-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant filed its motion to confirm appraisal award on August 15, 2019, with a noting date of August 30, 2019. (*See* Dkt. No. 22.) Plaintiffs filed their motion to compel August 22, 2019, with a noting date of September 6, 2019. (*See* Dkt. No. 24.) The Court RENOTES the Motion to Confirm to September 6, 2019. *See* W.D. Wash. Local Civ. R. 7(l).

//

//

//

//

MINUTE ORDER
C18-1179-JCC
PAGE - 1

DATED this 23rd day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk