THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HEATHER, and DAWN WASELL-HEATHER, a married couple,<br><br>Plaintiffs,<br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. C18-1179-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Parties' notice of settlement (Dkt. No. 78). The Parties inform the Court that they have settled this action in its entirety. (*Id.* at 1.) Accordingly, the Court hereby STRIKES the jury trial set for November 16, 2020, and all case management deadlines. The Clerk is directed to TERMINATE all pending motions, and this case shall be statistically CLOSED.

The parties are DIRECTED to file a stipulated order of dismissal or a joint status report no later than 30 days from the date of this order.

//

MINUTE ORDER
C18-1179-JCC
PAGE - 1

1     DATED this 20th day of May 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk