THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK HEATHER and DAWN
WASELL-HEATHER, a married couple, ,

 Plaintiffs,

 v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign insurance
company,

 Defendant.

CASE NO. C18-1179-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 81). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER
C18-1179-JCC
PAGE - 1

DATED this 6th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk